THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
RONALD AUSLANDER, Appellant.

Argued April 20, 1955; decided June 2, 1955.

*Irving Hatterer* and *Samuel Sumner Goldberg* for appellant.
*Daniel V. Sullivan, District Attorney* (*John B. Lee* and *Walter E. Dillon* of counsel), for respondent.

Judgments reversed and information dismissed upon the ground that the proof failed to establish the guilt of defendant beyond a reasonable doubt. See *People* v. *Gaskin* (306 N. Y. 837). No opinion.

Concur: Conway, Ch. J., Desmond, Dye, Fuld, Froessel, Van Voorhis and Burke, JJ.